# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NABIL NAJAR, | ) | CASE NO.: 1:19-CV-2377 |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| WARDEN NEIL TURNER, | ) | |
| | ) | **ORDER AND DECISION** |
| Defendant. | ) | |

This Court has examined the Report and Recommendation of the Magistrate Judge submitted in this matter on February 9, 2021. (R. & R., ECF No. 15.) Upon due consideration, and because no objections have been filed by either party, this Court adopts the Report and Recommendation of the Magistrate Judge and fully incorporates them herein. Therefore, it is hereby ordered that the Petition is DENIED.

Pursuant to 28 U.S.C. § 1915(a)(3), this Court certifies that Petitioner may not take an appeal from this Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

DATE: May 24, 2021         /s/ John R. Adams
                           Judge John R. Adams
                           UNITED STATES DISTRICT COURT